FRANK et al. v. BERNARD. (Circuit Court of Appeals, Second Circuit. March 7, 1905.) No. 157. Appeal from the Circuit Court of the United States for the Southern District of New York. Charles S. Champion, for appellant. Andrew Foulds, Jr., for appellees. Before WALLACE, LACOMBE, and TOWNSEND, Circuit Judges.

PER CURIAM. Decree (131 Fed. 269) affirmed, with costs.

---

THE HARTFORD. THE MANHATTAN. (Circuit Court of Appeals, Second Circuit. March 7, 1905.) No. 141. Appeal from the District Court of the United States for the Southern District of New York. R. S. Benedict and Samuel Park, for appellants. Herbert Green, for appellee. Before WALLACE, LACOMBE, and TOWNSEND, Circuit Judges.

PER CURIAM. Decree (125 Fed. 559) affirmed, with costs, on opinion of District Judge.

---

H. B. CHAFFEE MFG. CO. v. SELCHOW et al. (Circuit Court of Appeals, Second Circuit. February 28, 1905.) No. 148. Appeal from the Circuit Court of the United States for the Southern District of New York. For opinion below, see 131 Fed. 543. A. Bell Malcomson, for appellant. F. L. Chappell, for appellees. Before WALLACE, LACOMBE, and TOWNSEND, Circuit Judges.

PER CURIAM. Affirmed in open court.

---

In re MANDEL. (Circuit Court of Appeals, Second Circuit. March 20, 1905.) No. 14. Petition for Revision of Proceedings of the District Court of the United States for the Southern District of New York, in Bankruptcy. E. Eschwege, for petitioner. W. Lesser, for respondent. Before LACOMBE, TOWNSEND, and COXE, Circuit Judges.

PER CURIAM. Order of District Court (127 Fed. 863) affirmed.

---

THE MEDIA. (Circuit Court of Appeals, Second Circuit. March 20, 1905.) No. 173. Appeal from the District Court of the United States for the Southern District of New York. For opinion below, see 132 Fed. 148. Le Roy S. Gove, for appellant. Henry G. Ward, for appellee. Before LACOMBE and TOWNSEND, Circuit Judges.

PER CURIAM. Decree affirmed, with costs.

---

NEW JERSEY WIRE CLOTH CO. v. BUFFALO EXPANDED METAL CO. (Circuit Court of Appeals, Second Circuit. March 20, 1905.) No. 147. Appeal from the Circuit Court of the United States for the Western District of New York. For opinion below, see 131 Fed. 265. C. J. Sawyer and M. B. Phillipp, for appellant. E. H. Hunter, for appellee. Before WALLACE, LACOMBE, and TOWNSEND, Circuit Judges.

PER CURIAM. Decree affirmed, with costs, on opinion of District Judge Hazel in Circuit Court.